UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NICKY CHAFFIN,

                                        Plaintiff,          Case No. 2:26-cv-00383-ART-EJY

            v.                                              ORDER ADOPTING REPORT AND
                                                            RECOMMENDATION
MGM RESORTS INTERNATIONAL,

                                        Defendant.

Ms. Chaffin brings this case against Defendant MGM Resorts International asserting claims under the Americans with Disabilities Act ("ADA") and Nevada state law. Before the Court is Ms. Chaffin's First Amended Complaint ("FAC"). (ECF No. 6.) Also before the Court is Magistrate Judge Elayna Youchah's report and recommendation (R&R) screening the FAC and allowing Ms. Chaffin's claims of disability discrimination and retaliation to proceed and that her Nevada state law claims be dismissed with prejudice. (ECF No. 7.)

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Judge Youchah recommends Ms. Chaffin's state law claims be dismissed with prejudice because one statute that she cites does not provide a private right of action, and the other is not codified in the Nevada Revised Statutes. (ECF No. 7.) Ms. Chaffin has not objected to Judge Youchah's R&R, and her time to do so has now expired. (*Id.*)

The Court agrees with Judge Youchah's reasoning and adopts her R&R in full.

1

It is therefore ordered that Judge Youchah's report and recommendation (ECF No. 7) is adopted in full.

It is further ordered that Ms. Chaffin's claims under NRS 613.075 and 613.078 are dismissed with prejudice.

Dated this 15th day of June, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE