**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Nicky Chaffin,

Plaintiff(s),

v.

MGM Resorts International,

Defendant(s).

Case No. 2:26-cv-00383-ART-NJK

**Order**

[Docket Nos. 30, 31]

Pending before the Court are the parties' unilateral discovery plans. Docket Nos. 30, 31. Discovery plans must be filed in joint fashion. Local Rule 26-1(a). Accordingly, the Court **DENIES** without prejudice the unilateral discovery plans. Plaintiff and defense counsel must confer. A joint discovery plan must be filed by September 10, 2026.

IT IS SO ORDERED.

Dated: September 1, 2026

Nancy J. Koppe
United States Magistrate Judge