**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Nicky Chaffin,

Plaintiff(s),

v.

MGM Resorts International,

Defendant(s).

Case No. 2:26-cv-00383-ART-NJK

**Order**

[Docket No. 35]

Pending before the Court is Plaintiff's notice of service of interrogatories. Docket No. 35. Discovery-related documents must be served on the affected party, not filed on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 23, 2026

Nancy J. Koppe
United States Magistrate Judge