**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Nicky Chaffin,

Plaintiff(s),

v.

MGM Resorts International,

Defendant(s).

Case No. 2:26-cv-00383-ART-NJK

**Order**

[Docket No. 48]

Pending before the Court is Plaintiff's motion to quash, filed on an emergency basis. Docket No. 48. The motion does not include a certificate of a meet and confer, *but see, e.g.*, Local Rule 26-6(c),[1] so it is DENIED without prejudice.

IT IS SO ORDERED.

Dated: November 9, 2026

Nancy J. Koppe
United States Magistrate Judge

[1] That a litigant seeks emergency relief does not obviate the requirement to confer. *See, e.g.*, *Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1142 (D. Nev. 2015).