# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Nicky Chaffin,
Plaintiff(s),
v.
MGM Resorts International,
Defendant(s).

Case No. 2:26-cv-00383-ART-NJK

**Order**

[Docket No. 44]

Defendant filed a notice that Plaintiff filed for bankruptcy. Docket No. 44. Those papers do not include a notice of automatic stay, nor does Defendant identify the impact (if any) a plaintiff's voluntary bankruptcy filing has on her case proceeding forward. Defendant must file a supplement, no later than November 17, 2026, explaining what impact (if any) the bankruptcy proceeding has on this case.

IT IS SO ORDERED.

Dated: November 9, 2026

Nancy J. Koppe
United States Magistrate Judge